**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: STRAND, PETER M § | Case No. 13-80547 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                   , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/09/2013 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :   08/28/2013               By:   /s/JOSEPH D. OLSEN

                                                                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: STRAND, PETER M § Case No. 13-80547
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,927.37 |
| *and approved disbursements of* | $ 44.71 |
| *leaving a balance on hand of* [1] | $ 4,882.66 |
| **Balance on hand:** | $ 4,882.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,882.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 1,231.84 | 0.00 | 1,231.84 |
| Trustee, Expenses - JOSEPH D. OLSEN | 67.12 | 0.00 | 67.12 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,298.96 |
| Remaining balance: | $ 3,583.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,583.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,583.70

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,091.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 25,924.16 | 0.00 | 910.02 |
| 2 | Barrick, Switzer, Long, Balsley & VanEve | 220.00 | 0.00 | 7.73 |
| 3 | Capital One Bank (USA), N.A. | 21,758.84 | 0.00 | 763.80 |
| 4 | Quantum3 Group LLC as agent for | 1,177.33 | 0.00 | 41.33 |
| 5 | Quantum3 Group LLC as agent for | 506.00 | 0.00 | 17.76 |
| 6 | PYOD, LLC its successors and assigns as assignee | 1,592.53 | 0.00 | 55.90 |
| 7 | State Farm Bank | 5,485.40 | 0.00 | 192.55 |
| 8 | FIA CARD SERVICES, N.A. | 26,541.37 | 0.00 | 931.68 |
| 9 | Jefferson Capital Systems LLC | 3,870.66 | 0.00 | 135.87 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | American Express Centurion Bank | 5,258.55 | 0.00 | 184.59 |
| 11 | eCAST Settlement Corporation, assignee | 3,744.74 | 0.00 | 131.45 |
| 12 | eCAST Settlement Corporation, assignee | 2,989.31 | 0.00 | 104.93 |
| 13 | Citibank, N.A. | 3,022.31 | 0.00 | 106.09 |

Total to be paid for timely general unsecured claims: $ 3,583.70
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-80547-TML
Peter M Strand                                                            Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 2              Date Rcvd: Sep 13, 2013
                              Form ID: pdf006            Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2013.
```
db         #+Peter M Strand,    811 N. Southgate, Unit #5,    McHenry, IL 60050-5561
20080176    +Advocate At Home,    2311 West 22nd St., #300,    Oakbrook, IL 60523-4103
20080177     Alliance One,    P.O. Box 510987,    Livonia, MI 48151-6987
20080178     American Express,    Attn: Bankruptcy Department,    P.O. Box 981535,    El Paso, TX 79998-1535
20661692     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20080181     BP Oil,    P.O. Box 15298,    Wilmington, DE 19850-5298
20080179     Bank Of America,    P.O. Box 851001,    Dallas, TX 75285-1001
20080180    +Barrick, Switzer, Long, Balsley & VanEve,    6833 Stalter Dr., 1st Floor,
              Rockford, IL 61108-2582
20080193    +CITI Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
20080182    +Caldwell, Berner & Caldwell, LLP,    Attention: Jeff Rouhandeh,    100 Cass St,
              Woodstock, IL 60098-3207
20080184     Capital One,    Attn: Bankruptcy Department,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
20420912     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20080185    +Capital One Bank (USA), N.A.,    C/O Blatt, Hassenmiller, Leibsker & Moor,
              125 South Wacker Dr., Ste. 400,    Chicago, IL 60606-4440
20080187    +Cash King,    1000 N. West St., Ste. 1200,    Wilmington, DE 19801-1058
20080188    +Centegra Health System-NIMC,    P.O. Box 1990,    Woodstock, IL 60098-1990
20080189    +Centegra Physician Care,    P.O. Box 37847,    Philadelphia, PA 19101-0147
20080175    +Charles T Reilly,    4310 W Crystal Lake Rd Ste D,    McHenry, IL 60050-4282
20080190     Chase Bank One,    Card Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
20080191     Chase Bank One,    Card Services,    P.O. Box 15298,    Wilmington, DE 19886-5298
20080192     Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19886-5298
20080195     Education Financial,    Dept. Of Education,    P.O. Box 105193,    Antioch, IL 30348-5193
20080197    +Exxon/Mobil,    P.O. Box 6404,    Sioux Falls, SD 57117-6404
20522437     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
20080198    +Good Shepard Hospital,    P.O. Box 70014,    Chicago, IL 60673-0014
20599803    +Jefferson Capital Systems LLC,    Purchased From CUZCO CAPITAL INVESTMENT,    PO BOX 7999,
              SAINT CLOUD MN 56302-7999,    Orig By: CASHCALL
20080199    +Kelly Strand,    P.O. Box 431,    Fox River Grove, IL 60021-0431
20080200    +Lake McHenry Pathology Associate,    520 E. 22nd St.,    Lombard, IL 60148-6110
20080201     Lillian Apartments,    McHenry, IL 60050
20080202    +NCB Management,    P.O. Box 1099,    Langhorne, PA 19047-6099
20080204    +PLS/Pay Day Loan,    P.O. Box 41955,    Austin, TX 78704-0033
20080203    +Plain Green Loan,    C/O National Credit Adjusters LLC,    327 West 4th,    Hutchison, KS 67501-4842
20080205     Regional Adjustment Bureau,    P.O. Box 1022,    Wixom, MI 48393-1022
20080207     Shell,    P.O. Box 183018,    Columbus, OH 43218-3018
20080208    +Sigma Solutions,    2105 S 1800 East, Ste. 500,    Salt Lake City, UT 84106-4126
20518626     State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20080209    +State Farm Bank,    P.O. Box 97,    Deposit, NY 13754-0097
20080174    +Strand Peter M,    811 N Southgate Unit #5,    McHenry, IL 60050-5561
20080210     U.S. Department Of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
              Greenville, TX 75403-5609
20080212     USA Fast Cash,    3531 F St.,    BWm P.O. Box 111,    Miami, OK 74355
20080213    +USA Webcash,    3175 Commercial Ave.,    Northbrook, IL 60062-1915
20080214    +VIP Loan Shop,    C/O EFinance Support,    P.O. Box 14245,    Lenexa, KS 66285-4245
20080215     WFNNB-Marathon,    C/O Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
20661693     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20080186     E-mail/Text: bankruptcy@cashcall.com Sep 14 2013 00:00:20    Cash Call,    P.O. Box 66007,
              Anaheim, CA 92816
20080183    +E-mail/Text: cms-bk@cms-collect.com Sep 14 2013 00:02:27    Capital Management Services, LP,
              698 1/2 S. Ogden St.,    Buffalo, NY 14206-2317
20685069     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2013 00:10:52    Citibank, N.A.,
              c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK 73124-8840
20080194     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2013 00:12:32    Discover,    P.O. Box 30943,
              Salt Lake City, UT 84130
20335264     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2013 00:12:32    Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20080196     E-mail/Text: znelson@express-scripts.com Sep 14 2013 00:02:36    Express Scripts,
              P.O. Box 66580,    St. Louis, MO 63166-6580
20477308    +E-mail/Text: resurgentbknotifications@resurgent.com Sep 13 2013 23:56:44
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20455828     E-mail/Text: bnc-quantum@quantum3group.com Sep 14 2013 00:03:37
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
20455829     E-mail/Text: bnc-quantum@quantum3group.com Sep 14 2013 00:03:37
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
20080206    +E-mail/Text: bnc@ursi.com Sep 14 2013 00:02:07    Sears/Citibank,    C/O United Recovery,
              5800 N. Course Dr.,    Houston, TX 77072-1613
20080211     E-mail/Text: bnc@ursi.com Sep 14 2013 00:02:07    United Recovery Systems,    P.O. Box 722929,
              Houston, TX 77272-2929
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2                   Date Rcvd: Sep 13, 2013
                              Form ID: pdf006            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                    TOTAL: 11
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20661694*      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2013                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2013 at the address(es) listed below:
```
              Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
              Charles T. Reilly    on behalf of Debtor Peter M Strand chuck8830@comcast.net
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Joseph D Olsen     Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```