**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: STRAND, PETER M                    § Case No. 13-80547
                                          §
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,905.00                    Assets Exempt: $5,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,583.70     Claims Discharged
                                               Without Payment: $98,507.50

Total Expenses of Administration: $1,343.67

---

    3) Total gross receipts of $ 4,927.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,927.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,343.67 | 1,343.67 | 1,343.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 102,091.20 | 102,091.20 | 3,583.70 |
| **TOTAL DISBURSEMENTS** | $0.00 | $103,434.87 | $103,434.87 | $4,927.37 |

4) This case was originally filed under Chapter 7 on February 23, 2013. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/22/2013          By: /s/JOSEPH D. OLSEN
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with Woodforest Bank of Antioch | 1129-000 | 645.37 |
| Estimated Federal Tax Refund for 2012 | 1124-000 | 4,282.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,927.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,231.84 | 1,231.84 | 1,231.84 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 67.12 | 67.12 | 67.12 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.71 | 4.71 | 4.71 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,343.67 | $1,343.67 | $1,343.67 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 25,924.16 | 25,924.16 | 910.02 |
| 2 | Barrick, Switzer, Long, Balsley & VanEve | 7100-000 | N/A | 220.00 | 220.00 | 7.73 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 21,758.84 | 21,758.84 | 763.80 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,177.33 | 1,177.33 | 41.33 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 506.00 | 506.00 | 17.76 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,592.53 | 1,592.53 | 55.90 |
| 7 | State Farm Bank | 7100-000 | N/A | 5,485.40 | 5,485.40 | 192.55 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 26,541.37 | 26,541.37 | 931.68 |
| 9 | Jefferson Capital Systems LLC | 7100-000 | N/A | 3,870.66 | 3,870.66 | 135.87 |
| 10 | American Express Centurion Bank | 7100-000 | N/A | 5,258.55 | 5,258.55 | 184.59 |
| 11 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 3,744.74 | 3,744.74 | 131.45 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 2,989.31 | 2,989.31 | 104.93 |
| 13 | Citibank, N.A. | 7100-000 | N/A | 3,022.31 | 3,022.31 | 106.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $102,091.20 | $102,091.20 | $3,583.70 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80547  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** STRAND, PETER M  **Filed (f) or Converted (c):** 02/23/13 (f)
**§341(a) Meeting Date:** 03/28/13
**Period Ending:** 11/22/13  **Claims Bar Date:** 07/12/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Woodforest Bank of Antioch | 40.00 | 464.98 | | 645.37 | FA |
| 3 | Security deposit with landlord for Lillian Apart | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous audio, video, and computer | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous | 50.00 | 0.00 | | 0.00 | FA |
| 7 | 35 mm Camera and other hobby equipment. | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Estimated Federal Tax Refund for 2012 | 7,437.00 | 4,282.00 | | 4,282.00 | FA |
| 9 | 2001 Buick Century (130,000 miles) | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Laptop (in pieces) | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Avoidable Transfers | 0.00 | Unknown | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$10,382.00** | **$4,746.98** | | **$4,927.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2014    **Current Projected Date Of Final Report (TFR):**    August 27, 2013  (Actual)

Printed: 11/22/2013 01:45 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-80547  
**Case Name:** STRAND, PETER M  
**Taxpayer ID #:** **-***9179  
**Period Ending:** 11/22/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****094366 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/13 | | Woodforest National Bank | Ref. #1 - tax return & #2 - balance in checking acct. | | 4,786.98 | | 4,786.98 |
| | {2} | | | 504.98 | 1129-000 | | 4,786.98 |
| | {8} | | | 4,282.00 | 1124-000 | | 4,786.98 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,776.98 |
| 05/30/13 | {2} | Law Office of Charles T. Reilly | turnover checking acct funds | 1129-000 | 140.39 | | 4,917.37 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,907.37 |
| 06/05/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #13-80547, Bond #016018067 | 2300-000 | | 4.71 | 4,902.66 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,892.66 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,882.66 |
| 10/11/13 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,231.84, Trustee Compensation;  Reference: | 2100-000 | | 1,231.84 | 3,650.82 |
| 10/11/13 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $67.12, Trustee Expenses;  Reference: | 2200-000 | | 67.12 | 3,583.70 |
| 10/11/13 | 104 | Discover Bank | Dividend paid   3.51% on $25,924.16; Claim# 1; Filed: $25,924.16; Reference: | 7100-000 | | 910.02 | 2,673.68 |
| 10/11/13 | 105 | Barrick, Switzer, Long, Balsley & VanEve | Dividend paid   3.51% on $220.00; Claim# 2; Filed: $220.00; Reference: | 7100-000 | | 7.73 | 2,665.95 |
| 10/11/13 | 106 | Capital One Bank (USA), N.A. | Dividend paid   3.51% on $21,758.84; Claim# 3; Filed: $21,758.84; Reference: | 7100-000 | | 763.80 | 1,902.15 |
| 10/11/13 | 107 | Quantum3 Group LLC as agent for | Dividend paid   3.51% on $1,177.33; Claim# 4; Filed: $1,177.33; Reference: | 7100-000 | | 41.33 | 1,860.82 |
| 10/11/13 | 108 | Quantum3 Group LLC as agent for | Dividend paid   3.51% on $506.00; Claim# 5; Filed: $506.00; Reference: | 7100-000 | | 17.76 | 1,843.06 |
| 10/11/13 | 109 | PYOD, LLC its successors and assigns as assignee | Dividend paid   3.51% on $1,592.53; Claim# 6; Filed: $1,592.53; Reference: | 7100-000 | | 55.90 | 1,787.16 |
| 10/11/13 | 110 | State Farm Bank | Dividend paid   3.51% on $5,485.40; Claim# 7; Filed: $5,485.40; Reference: | 7100-000 | | 192.55 | 1,594.61 |
| 10/11/13 | 111 | FIA CARD SERVICES, N.A. | Dividend paid   3.51% on $26,541.37; Claim# 8; Filed: $26,541.37; Reference: | 7100-000 | | 931.68 | 662.93 |
| 10/11/13 | 112 | Jefferson Capital Systems LLC | Dividend paid   3.51% on $3,870.66; Claim# 9; Filed: $3,870.66; Reference: | 7100-000 | | 135.87 | 527.06 |
| 10/11/13 | 113 | American Express Centurion Bank | Dividend paid   3.51% on $5,258.55; Claim# 10; Filed: $5,258.55; Reference: | 7100-000 | | 184.59 | 342.47 |
| 10/11/13 | 114 | Citibank, N.A. | Dividend paid   3.51% on $3,022.31; Claim# 13; Filed: $3,022.31; Reference: | 7100-000 | | 106.09 | 236.38 |

Subtotals :          $4,927.37          $4,690.99

{} Asset reference(s)

Printed: 11/22/2013 01:45 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-80547  
**Case Name:** STRAND, PETER M  

**Taxpayer ID #:** **-***9179  
**Period Ending:** 11/22/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****094366 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/13 | 115 | eCAST Settlement Corporation, assignee | Combined Check for Claims#11,12 | | | 236.38 | 0.00 |
| | | | Dividend paid  3.51% on  131.45<br>$3,744.74;  Claim# 11;<br>Filed: $3,744.74 | 7100-000 | | | 0.00 |
| | | | Dividend paid  3.51% on  104.93<br>$2,989.31;  Claim# 12;<br>Filed: $2,989.31 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,927.37 | 4,927.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,927.37 | 4,927.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,927.37** | **$4,927.37** | |

| Net Receipts : | 4,927.37 |
|---|---|
| Net Estate : | $4,927.37 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****094366** | 4,927.37 | 4,927.37 | 0.00 |
| | **$4,927.37** | **$4,927.37** | **$0.00** |

{} Asset reference(s)

Printed: 11/22/2013 01:45 PM    V.13.13